AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-CR-0216 |
| David Walls-Kaufman | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, David Walls Kaufman.

Date: 08/15/2022

/s/ Hughie D. Hunt
*Attorney's signature*

Hughie D. Hunt, Esq.
*Printed name and bar number*

5000 Sunnyside Avenue, Suite 101
Beltsville, MD 20705
*Address*

hhunt@kemethuntlaw.com
*E-mail address*

(301) 982-0888
*Telephone number*

(301) 982-0889
*FAX number*