Thursday, April 20, 2023

Dear Judge Cobb:

Please accept this written victim impact statement in connection with the sentencing of Defendant David Walls-Kaufman.

Walls-Kaufman should be sentenced to spend the maximum amount of time in jail as he pleaded guilty under oath to scuffling with police officers while in the United States Capitol on January 6, 2021.

One of those officers whom the Defendant admitted to scuffling with was my husband, Metropolitan Police Officer Jeffrey L. Smith, who died due to injuries he suffered that day.

The District of Columbia Police and Firefighters Retirement and Relief Board ruled that Jeffrey died solely as the direct result of the injuries he suffered on January 6, 2021. That ruling was based on the testimony of Dr. Jonathan Arden, now the former Chief Medical Examiner of the District of Columbia, finding that Jeffrey received traumatic brain injuries and concussion, resulting in his death.

The scuffle between Walls-Kaufman and my husband can be viewed on Jeffrey's body worn camera in addition to the record of injuries received during the altercation, which include fractures to his face and sub-orbital cavities, as well the traumatic brain injuries and concussion, all referenced by Dr. Arden. When the body camera video is slowed to a frame-by-frame view, Walls-Kaufman struck Jeffrey at least twice in the face with his own baton, after gaining control of it in the Capitol.

Walls-Kaufman is a trained martial artist and used his training for malicious conduct that day when he came into contact with police.

As a Washington DC resident, he should have known and understood the regulations around entering a federal building and he ultimately made the conscious decision to trespass and engage in illegal activities that have forever changed my life.

He chose to physically engage with police officers including my husband after trespassing a federal building and using his trained martial arts skills for evil.

Because of the choices he made on January 6, I have had to endure losing my husband, the opportunity to grow our family, and his parents have lost their son.

Not a day goes by that I don't think about Jeffrey and what our lives could have been. Defendant Walls-Kaufman should be incarcerated to the maximum extent possible so he can sit and think about the choices he made and how they have affected not only my life, but Jeffrey's family, friends and the MPD. No matter the sentence you decide upon, please remember that I now live a sentence of life without Jeffrey.  Defendant Walls-Kaufman should be sentenced at least to a fraction of that time for his misconduct.

In addition to accepting this written letter, I do intend to be present at the Defendant's sentencing, and I would like to address the Court orally at that time.

Respectfully,

/s/

Erin O. Smith