**LET THIS BE FILED**

*/s/ Jia M. Cobb*   Date: 5/5/23

May 2, 2023

Judge Cobb:

This letter is in regards to the sentencing of David Kaufman (22-cr-00216). Our son Officer Jeffrey Smith was a dedicated Metropolitan Police Officer for over 12 years. On Jan 6 he responded to the calls for assistance at the U.S. Capitol. During his battling with the insurrectionists he was struck in the head several times. One particular altercation took place with David Kaufman. In the months after David Kaufman was arrested and to our surprise only misdemeanor charges were placed on David Kaufman initially, and I assumed those charges would be enhanced before any trial. My son and family believed in this country and believed in the justice system. It is my opinion that at minimum Mr Kaufman should be charged with assault of a police officer. I am imploring this court to issue a ruling of jail time. David Kaufman was instrumental in taking the life of my 35 year old son, our family and his wife will never fully recover from the loss of Jeff. He was a wonderful person with a beautiful soul. Please don't let David Kaufman's actions go without imposing some real consequences.

Sincerely yours
Richard and Wendy Smith