UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-216 (JMC) |
| v. : | |
| : | |
| DAVID WALLS-KAUFMAN, : | |
| : | |
| Defendant : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were entered into evidence during the sentencing hearing that took place on June 13, 2023.  It is the government's position that these should be released to the public.  Because many of the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.  All videos and images are from January 6, 2021.

The proposed exhibits are as follows:

1. Government Exhibit 1 is a video approximately 20 minutes and 36 seconds in length that portrays the exterior area of the Rotunda Door of the U.S. Capitol.

2. Government Exhibit 2 is a video approximately 1 minute and 22 seconds in length that portrays the interior of the Rotunda Door of the U.S. Capitol.

3. Government Exhibit 3 is a video approximately 1 minute and 23 seconds in length that portrays entrance to the Rotunda of the U.S. Capitol.

4. Government Exhibit 4 is a video approximately 2 minutes and 19 seconds in length that portrays the hallways of the office suite of the Speaker of the House in the U.S. Capitol.

5. Government Exhibit 5 is a video approximately 3 minutes and 20 seconds in length that follows rioters in the U.S. Capitol from the Rotunda through the hallways of the office suite of the Speaker of the House to the Speaker's Conference Room.

6. Government Exhibit 6 is a video approximately 16 seconds in length taken by the defendant in the Speaker's Conference Room in the U.S. Capitol.

7. Government Exhibit 7 is a photograph taken by the defendant in the U.S. Capitol in the Speaker's Conference Room.

8. Government Exhibit 8 is a video approximately 19 seconds in portraying the outside of the entrance to the chamber of the House of Representatives in the U.S. Capitol.

9. Government Exhibit 9 is a video approximately 19 seconds in length taken by a rioter in the entrance to Speaker's Lobby in the U.S. Capitol.

10. Government Exhibit 10 is a photograph taken by the defendant in the U.S. Capitol in the entrance to the Speaker's Lobby.

11. Government Exhibit 11 is a video approximately 1 minute and 8 seconds in length that portrays the hallways adjacent to the Upper House Doors in the U.S. Capitol.

12. Government Exhibit 12 is a video approximately 1 minute and 13 seconds in length that portrays the hallways adjacent to the Upper House Doors in the U.S. Capitol.

13. Government Exhibit 13 is a body-worn camera (BWC) video approximately 1 minute and 14 seconds in length that portrays to the hallways adjacent to the Upper House Doors in the U.S. Capitol.

14. Government Exhibit 14 is a photograph from (BWC) video outside the West Front of the U.S. Capitol.

15. Government Exhibit 15 is a body-worn camera (BWC) video approximately 1 minute and 16 seconds in length that portrays to the hallways adjacent to the Upper House Doors in the U.S. Capitol.

16. Government Exhibit 16 is a body-worn camera (BWC) video approximately 1 minute and 11 seconds in length that portrays to the hallways adjacent to the Upper House Doors in the U.S. Capitol.

17. Government Exhibit 17 is a video taken by a rioter approximately 23 seconds in length that portrays the Upper House Doors of the U.S. Capitol from the exterior .

                Respectfully submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

By:   /s/ Jeffrey A. Kiok
        JEFFREY A. KIOK
        Attorney (detailed)
        N.Y. Bar Number 5400221
        United States Attorney's Office
        601 D Street, N.W.
        Washington, D.C.  20530
        Telephone: (202) 307-5967
        Email: jeffrey.kiok2@usdoj.gov